**Order entered March 29, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00105-CV

### UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant

### V.

### ELLEN S. VITETTA, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09146**

## ORDER

Before the Court is appellee's March 28, 2019 unopposed motion for extension of time to

file brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than April 15, 2019.

/s/     KEN MOLBERG
JUSTICE